FILED: February 11, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1136
(8:24-cv-01487-DLB)

_____

KIMBERLY ANN POLK

       Plaintiff - Appellant

v.

MONTGOMERY COUNTY PUBLIC SCHOOLS; MONTGOMERY COUNTY BOARD OF EDUCATION; SHEBRA L. EVANS, in her individual and official capacities as board members; MONIQUE FELDER, in her individual and official capacities as board members; LYNNE HARRIS, in her individual and official capacities as board members; GRACE RIVERA-OVEN, in her individual and official capacities as board members; KARLA SILVESTRE, in her individual and official capacities as board members; REBECCA SMONDROWSKI, in her individual and official capacities as board members; BRENDA WOLFF, in her individual and official capacities as board members; JULIE YANG, in her individual and official capacities as board members

       Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:24-cv-01487-DLB |
| Date notice of appeal filed in originating court: | 02/07/2025 |
| Appellant(s) | KIMBERLY ANN POLK |
| Appellate Case Number | 25-1136 |
| Case Manager | Kirsten Hancock<br>804-916-2704 |