No. 25-1136

_____

IN THE UNITED STATES COURT
OF APPEALS FOR THE FOURTH CIRCUIT

_____

KIMBERLY ANN POLK,

*Appellant*,

v.

MONTGOMERY COUNTY PUBLIC SCHOOLS, *et al.*,

*Respondents*.

_____

APPELLANT'S MOTION FOR EXPEDITED REVIEW

Pursuant to Local Rule 12(c) and FRAP 27, Appellant moves for expedited briefing and oral argument in this appeal. In support of this motion, Appellant states as follows:

1. This is an appeal of the district court's denial of a preliminary injunction.

2. Appellant filed its motion for preliminary injunction in the district court on May 29, 2024, and the district court denied it on January 17, 2025. Under FRCP 65(a)(3), applications for preliminary injunction are to be given expedited treatment by the district court.

3. Similarly, this and other circuit courts routinely recognize that appeals of preliminary injunctions should receive expedited review. For example,

expedited review was granted by this Court with respect to the appeal of the denial of a preliminary injunction by this same district court and same appellees in *Mahmoud v. Taylor*, No. 23-1890, 102 F.4th 191 (4th Cir. 2024), *cert. granted*, No. 24-297 (U.S. Jan. 17, 2025).

4. Appellant is prepared to present the appeal on the existing record on an expedited basis. The record is wholly documentary, with no testimonial portions. The parties have already consulted on the contents of a joint appendix.

5. Appellant intends to file its opening brief significantly in advance of the date set by the Court in its scheduling order and at that time to move the Court to amend its briefing order for when Appellees responsive brief will be due. Appellees will suffer no prejudice if oral argument is set for the May 6-9, 2025, session, as Appellant will not request that Appellees receive less than 30 days for preparation of their brief after Appellant has filed her opening brief.

6. The next scheduled argument session of the Court after the May session is in September 2025. The delay of four months from the May session, together with the over seven months the district court took to deny the motion for preliminary injunction, will push resolution of her case such that she will

likely lose another school year of employment at MCPS, to her great prejudice.

7. The appeal presents important issues that have not yet been resolved by this Court, and oral argument would be helpful to the Court for their resolution.

8. Counsel for Appellees has been informed of this motion, and Appellees will file an opposition to its being granted.

WHEREFORE, Appellant requests that this motion be granted and that this appeal be granted expedited review with an accelerated briefing and argument schedule, with argument scheduled during the May 2025 session.

Respectfully submitted,

/s/Frederick W. Claybrook, Jr.
Frederick W. Claybrook, Jr.
 (Counsel of Record)
Claybrook LLC
655 Fifteenth St., NW, Ste. 425
Washington, D.C. 20005
tel. (301) 622-0360
rick@claybrooklaw.com