FILED: January 28, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1136
(8:24-cv-01487-DLB)

_____

KIMBERLY ANN POLK

       Plaintiff - Appellant

v.

MONTGOMERY COUNTY PUBLIC SCHOOLS; MONTGOMERY COUNTY BOARD OF EDUCATION; SHEBRA L. EVANS, in her individual and official capacities as board members; MONIQUE FELDER, in her individual and official capacities as board members; LYNNE HARRIS, in her individual and official capacities as board members; GRACE RIVERA-OVEN, in her individual and official capacities as board members; KARLA SILVESTRE, in her individual and official capacities as board members; REBECCA SMONDROWSKI, in her individual and official capacities as board members; BRENDA WOLFF, in her individual and official capacities as board members; JULIE YANG, in her individual and official capacities as board members

       Defendants - Appellees

_____

J U D G M E N T

_____

       In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK