FILED: February 19, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 25-1136
(8:24-cv-01487-DLB)

———————————

KIMBERLY ANN POLK

        Plaintiff - Appellant

v.

MONTGOMERY COUNTY PUBLIC SCHOOLS; MONTGOMERY COUNTY
BOARD OF EDUCATION; SHEBRA L. EVANS, in her individual and official
capacities as board members; MONIQUE FELDER, in her individual and official
capacities as board members; LYNNE HARRIS, in her individual and official capacities
as board members; GRACE RIVERA-OVEN, in her individual and official capacities
as board members; KARLA SILVESTRE, in her individual and official capacities as board
members; REBECCA SMONDROWSKI, in her individual and official capacities as
board members; BRENDA WOLFF, in her individual and official capacities as board
members; JULIE YANG, in her individual and official capacities as board members

        Defendants - Appellees

———————————

M A N D A T E

———————————

The judgment of this court, entered January 28, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of

the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*